UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GILBERT MITCHELL<br><br>*Plaintiff*<br><br>VERSUS<br><br>REC MARINE LOGISTICS, LLC, ET AL<br><br>*Defendants* | CIVIL ACTION NO. 2:21-cv-00056<br><br>SECTION T:<br>DISTRICT JUDGE GREG G. GUIDRY<br><br>DIVISION 2:<br>MAGISTRATE JUDGE<br>DONNA PHILLIPS CURRAULT |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, LLC ("REC Marine"), REC Boats, LLC ("REC Boats"), GOL, LLC ("GOL"), Cox Operating, LLC ("Cox"), and Expeditors & Production Services Company ("Expeditors") (collectively the "Defendants"), which submit their Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Gilbert Mitchell, plaintiff

2. Timothy Kelly, captain on watch aboard the M/V CAPT ROD

3. Arthur Melton, captain on the M/V CAPT ROD

4. Glenn Louviere, deckhand on the M/V CAPT ROD

5. Nate Gilbert, crane operator employed by Expeditors & Production Services

6. Andrew Carr, platform PIC employed by Cox Operating

7. Jason Stewart, operator employed by Cox Operating

8. Jekinzie Anderson, operator employed by Crosby Energy Services

9. Brian Harris, HSE Manager for REC Marine

10. A safety manager for Expeditors & Production Services

11. A safety manager for Cox Operating

12. A corporate representative of REC Marine Logistics, LLC

13. A corporate representative of REC Boats, LLC

14. A corporate representative of GOL, LLC

15. A corporate representative of Cox Operating, LLC

16. A corporate representative of Expeditors & Production Services

17. A representative of Terrebonne General Medical Center

18. A representative of Leonard Chabert Medical Center

19. William Lemaire, FNP, Nathalie Jukes PA-C, and/or another representative of Occupational Medicine Services

20. A representative of Complete Occupational Health Services

21. A representative of South Louisiana Medical Associates

22. A representative of Ochsner St. Anne General Hospital

23. A representative of Teche Action Clinic

24. A representative of All Industrial Medical Services

25. A representative of HealthPro Physical Therapy

26. Dr. Stephanie Casey, MD and/or another representative of Diagnostic Imaging Services

27. Dr. Brett Casey and/or another representative of Houma Orthopedic Clinic and/or Gulf Coast Orthopedic Clinic

28. Dr. Marco Rodriguez, Harley Augustine PA-C, and/or another representative of LA Health Solutions

29. Dr. Suneil Jolly, Dr. Erik Davis, and/or another representative of Louisiana Pain Specialists

30. Beverly Howze, Ph.D. and/or another representative from her practice

31. A representative from Southeast Neuroscience Center

32. A representative of Walmart Pharmacy

33. A representative of Walgreens Pharmacy

34. A representative of CVS Pharmacy

35. A representative of LPS Labs/Express Laboratory Solutions

36. Dr. James M. Watkins and/or another representative of Haydel Family Practice Clinic

37. A representative of All Industrial Medical Services

38. Any other medical providers who have examined and/or treated Plaintiff

39. Dr. Kevin M. Watson, orthopedic surgery IME expert

40. Kenneth Boudreaux, Ph.D., and/or Dan M. Cliffe, CPA, and/or J. Stuart Wood, Ph.D., and/or John Page, Ph.D., Economic expert;

41. Nancy Favaloro, vocational rehabilitation expert

42. Richard Roniger, M.D., psychiatric IME expert

43. Marc Fazioli, liability expert

44. A representative of Genesis Information Services regarding surveillance

45. Wayne Bourg, individual who obtained recorded statement from Plaintiff

46. Any witness listed by any other party

47. Any witness identified through further discovery

48. Any witness needed for rebuttal or impeachment

49. Any witness needed to authenticate any document or evidence introduced at trial

50. Any representatives from Plaintiff's previous employers

Defendants reserve the right to amend this Witness List as discovery is ongoing.

**EXHIBIT LIST**

1. Incident Investigation Report

2. Cox Operating First Report of Incident

3. E-mailed report submitted to Bureau of Safety & Environmental Enforcement (BSEE)

4. Formal report submitted to BSEE

5. GI-22L on-board roster for September 1, 2020

6. Surveillance footage of Plaintiff

7. Photos of Plaintiff after the alleged accident

8. Written statements of the Plaintiff, Nate Gilbert, and Timothy Kelly

9. Video of Plaintiff giving a statement while onboard the M/V CAPT ROD

10. Recorded statement of Plaintiff given to Wayne Bourg

11. Rough logs for the M/V CAPT ROD

12. Daily Master's Logs for the M/V CAPT ROD

13. JSAs produced by Cox Operating, LLC

14. StormGeo Weather Report

15. Notice of Vessel Event email from Brian Harris to various individuals at Cox Operating

16. Certificate of Inspection for the M/V CAPT ROD

17. Certificate of Documentation for the M/V CAPT ROD

18. Spec sheet for the M/V CAPT ROD

19. Photograph of bit against which Plaintiff was allegedly pinned

20. Plaintiff's pre-employment physical records

21. Safety/Environmental Meeting Records

22. Passenger Departure Manifests for the M/V CAPT ROD

23. Plaintiff's personnel file with REC Marine

24. Plaintiff's payroll records with REC Marine

25. Health, Safety, and Environmental Manual of REC Marine

26. Operations Manual for REC Marine

27. Crane pre-use inspection form dated September 1, 2020

28. E-mail correspondence produced by Cox Operating

29. Photographs produced by Cox Operating

30. Cox Operating's Safe Work Practice Manual

31. Safety Manual of EPS

32. License and/or qualification records of Nate Gilbert

33. License and/or qualification records of Captain Timothy Kelly

34. Vessel Accident and Equipment Damage Report

35. Any diagram drawn by a witness at a deposition

36. The CV and/or expert report Dr. Kevin Watson., orthopedic IME physician

37. The CV and/or expert report of Kenneth Boudreaux, Ph.D., and/or Dan M. Cliffe, CPA, and/or J. Stuart Wood, Ph.D., and/or John Page, Ph.D., economic expert

30. The CV and/or expert report of Nancy Favaloro, vocational rehabilitation expert

31. The CV and/or expert report of Richard Roniger, M.D., psychiatric IME expert

32. The CV and/or expert report of Marc Fazioli, liability expert

41. Plaintiff's prior employment records from the following entities:

    a) Surbo Tubular
    b) Marlin Services
    c) Frisco Construction
    d) Hope Services
    e) Any other prior employment records obtained through discovery

42. Medical and/or pharmacy records of the Plaintiff, including, but not limited to, the following:

    a) Occupational Medicine Services
    b) Complete Occupational Health Services
    c) Ochsner St. Anne General Hospital
    d) Diagnostic Imaging Services
    e) Terrebonne General Medical Center
    f) Leonard Chabert Medical Center
    g) South Louisiana Medical Associates
    h) LA Health Solutions
    i) Louisiana Pain Specialists
    j) HealthPro Physical Therapy
    k) Dr. Beverly Howze, Ph.D.
    l) Gulf Coast Orthopedic Clinic/Houma Orthopedic Clinic
    m) Walmart Pharmacy
    n) Walgreens Pharmacy
    o) CVS Pharmacy
    p) All Industrial Medical Services
    q) Haydel Family Practice Clinic
    r) Teche Action Clinic
    s) Southeast Neuroscience Center
    t) LPS Labs/Express Laboratory Solutions
    u) Any other medical providers who have treated Plaintiff either prior to or after his alleged accident

43. Plaintiff's USCG File and all licensing documentation

44. Plaintiff's IRS records

45. Plaintiff's Social Security Earnings records

46. Any item listed by any other party to this litigation

47. The deposition transcript or video of any witness who is unavailable for trial

48. Any document needed for rebuttal or impeachment

49. Any pleadings filed in connection with this matter and/or any related matters

50. The discovery responses and any documents produced therewith by any party to this case

51. Any documents obtained through further discovery

52. Any expert reports that have not yet been obtained

53. The stipulations of any party

54. Any and all documents provided or identified in Initial Disclosures by any party

55. Any exhibit attached to a deposition

56. Criminal and civil records of Plaintiff including prior lawsuits

57. Any document obtained through subpoena responses or authorizations

Defendants reserve the right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

/s/ *Kyle A. Khoury*
Salvador J. Pusateri (#21036)
Kyle A. Khoury, T.A. (#33216)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR DEFENDANTS**